**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-00493-CV

## IN RE THE EPISCOPAL SCHOOL OF DALLAS, INC., MEREDYTH COLE, JEFFREY LABA, AND DONNA HULL, Relators

---

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04152**

---

## ORDER
Before Justices Bridges, Fillmore, and Whitehill

By opinion and order dated October 11, 2017, this Court conditionally granted relators' petition for writ of mandamus and ordered the trial court to issue written orders within fifteen days vacating its April 24, 2017 order denying relators' plea to the jurisdiction, granting relators' plea to the jurisdiction, and dismissing the case. This Court twice extended the trial court's deadline to comply with our October 11, 2017 opinion. The real party in interest then sought mandamus relief from the Supreme Court of Texas. That court stayed this Court's orders, thereby staying the trial court's deadline to comply with our October 11, 2017 opinion and order.

On September 28, 2018, the Supreme Court of Texas lifted its stay of this Court's orders and denied the real party in interest's motion for rehearing. Accordingly, based on this Court's October 11, 2017 opinion and order, we **ORDER** the trial court to issue written orders within fourteen (14) days of the date of this order vacating its April 24, 2017 order denying relators'

1

plea to the jurisdiction, granting relators' plea to the jurisdiction, and dismissing the case. Should the trial court fail to comply with this order, the writ will issue. We **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of the order(s) issued in compliance with this order.

/s/     BILL WHITEHILL
            JUSTICE